UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LEXINGTON

| | | |
|---|---|---|
| LEWIS BRENT NOTTER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 10-128-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| COMMONWEALTH OF KENTUCKY, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon United States Magistrate Judge Robert E. Wier's Report and Recommendation. R. 5. The procedural history leading up to the Magistrate Judge's recommendation is as follows: On April 7, 2010, the pro se petitioner Lewis Brent Notter filed a document styled "Motion, Writ of Habeas Corpus" with the United States Court of Appeals for the Sixth Circuit. R. 1. The Clerk for the court of appeals sent the document to this Court on April 16, 2010. *Id*. United States Magistrate Judge James B. Todd construed the document as a petition under 28 U.S.C. § 2254 and ordered Notter to seek *in forma pauperis* status or pay the requisite filing fee. R. 2. Notter failed to respond. Judge Todd then reassigned the action to Judge Wier.

Judge Wier notes the following problems with Notter's petition: (1) Notter incorrectly named the Commonwealth of Kentucky as the respondent when he should have named the state officer who had custody over him, (2) Notter failed to sign the petition under penalty of perjury, meaning his § 2254 petition did not "substantially follow" the proper form, and (3) Notter has yet to pay the applicable filing fee or submit an application for *in forma pauperis* status. R. 5

at 2. As a result, Judge Wier recommends summary dismissal of Notter's § 2254 petition without prejudice to any future resubmission. Any such resubmission would be subject to the applicable statute of limitations. Judge Wier also recommends that this Court deny a certificate of appealability.

Notice of the recommended disposition was sent to the Taylor County Detention Center, as well as to Notter's home address. R. 7. Notter has yet to respond or file any objections, and the time for filing objections has expired. Accordingly, it is **ORDERED** that Judge Wier's Report and Recommendation, R. 5, is **ADOPTED** as the opinion of the Court.

This the 12th day of January, 2011.

Signed By:
*Amul R. Thapar* AT
United States District Judge